UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                                    CASE NO: 2:15-cr-115-FtM-38CM

ZACHARIAS ABAB AGUEDO

### ORDER[1]

This matter comes before the Court on the Defendant Zacharias Abab Aguedo's Motion for Miscellaneous Relief (Doc. #119) filed on December 8, 2015. Aguedo moves the Court for an additional $5,000.00 for investigative fees. As grounds, Defense Counsel states the additional funds are necessary in order to properly represent Aguedo. According to Counsel, the government has given Aguedo three DVDs containing phone records of the Defendant's audio statements, audio statements of all the Defendants, PDF reports containing an excess of 600 pages as well as videos taken from a cell phone impounded as a result of Aguedo's arrest. All of the above has been reviewed and evaluated by JCO and Associates in order to assist counsel.

In addition to reviewing the above, JCO and Associates will have to do additional research and investigations regarding previous state charges against Aguedo, travel to and from Charlotte County Jail where Aguedo is housed to meet with him, as well as additional work to assist counsel in preparing for trial.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Pursuant to 18 U.S.C. § 3006A(e)(1):

> Counsel for a person who is financially unable to obtain ... expert, or other services necessary for adequate representation may request them in an ex parte application. Upon finding, after appropriate inquiry in an ex parte proceeding, that the services are necessary and that the person is financially unable to obtain them, the court, or the United States magistrate judge if the services are required in connection with a matter over which he has jurisdiction, shall authorize counsel to obtain the services.

18 U.S.C. § 3006A(e)(1). However, the Court is not permitted to approve the expenditure of funds in excess of:

> $2,400, exclusive of reimbursement for expenses reasonably incurred, unless payment in excess of that limit is certified by the court, or by the United States magistrate judge if the services were rendered in connection with a case disposed of entirely before him, as necessary to provide fair compensation for services of an unusual character or duration, and the amount of the excess payment is approved by the chief judge of the circuit.

18 U.S.C. § 3006A(e)(3); U.S. v. Watkins, No. 3:10-CR-00073-J-32, 2011 WL 766194, at *1 (M.D. Fla. Feb. 25, 2011).

The Court has previously determined that Aguedo is financially unable to pay for his own representation and finds that the instant funds are necessary for Aguedo's defense. While Aguedo requests $5,000.00, pursuant to 18 U.S.C. §3006A(e)(3), the District Court may only approve up to $2,400.00 for CJA funds for investigative fees. As such, Aguedo's request for investigative funds will be granted up to the statutory maximum amount of $2,400.00.

Accordingly, it is now

**ORDERED:**

2

The Defendant Zacharias Abab Aguedo's Motion for Miscellaneous Relief (Doc. #119) is **GRANTED in part,** up to the statutory maximum amount of **$2,400.00.**

**DONE AND ORDERED** at Fort Myers, Florida, this December 8, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record